B6A (Official Form 6A) (12/07)

In re   **Carl R. Durham,**    Case No.   **2:11-bk-31945**
     **Terese M. Durham**
                                                 Debtors

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Real estate located at 17251 N 61st Ave, Glendale AZ 85308**<br>**Mortgage 1: PNC Mortgage**<br>**Mortgage 2: BSI Financial**<br>**Debtors intend to retain**<br>**Value based on Zillow** | **Fee simple** | **C** | **176,900.00** | **332,404.47** |
| **Wickiup Property - 45.35 acres of unimproved land in Mohave County, AZ**<br>**Debtors own 50% interest with co-owners Ward Isenberg & Ruth Isenberg**<br>**Lien holder: Paid in full**<br>**Value: Debtors best estimate of market value** | **Joint Tenancy** | **C** | **6,000.00** | **0.00** |

|  | Sub-Total > | **182,900.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **182,900.00** |  |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

B6B (Official Form 6B) (12/07)

In re **Carl R. Durham,**  
      **Terese M. Durham**  
                                  Debtors

Case No. **2:11-bk-31945**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business Checking account with Compass Bank ending in 4321** | **C** | **49.00** |
| | | | **Checking account with Desert Schools Federal Credit Union ending in 3095** | **C** | **193.00** |
| | | | **Savings account with Desert Schools Federal Credit Union ending in 2303** | **C** | **25.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous used household goods, including:** <br>**Stove $50** <br>**Refrigerator $100** <br>**Washer $50** <br>**Dryer $25** <br>**Dinette Set with 6 chairs $25** <br>**Couch/Sofa $20** <br>**Television $50** <br>**Coffee Table $12** <br>**2 End Tables $20** <br>**3 Beds $150** <br>**3 Dressers $150** <br>**2 Night Stands 20** <br>**Lamps $40** | **C** | **712.00** |
| | | | **Unexempt miscellaneous household goods and furnishings** <br>**Microwave $20.00** <br>**Stereo $10** <br>**Entertainment center $90** <br>**VCR $20** <br>**DVD player $20** <br>**Computer $200** <br>**Printer $60** <br>**Desk and chair $50** | **C** | **470.00** |

                                                                                  Sub-Total >    **1,449.00**  
                                                                                  (Total of this page)

**4** continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com             Best Case Bankruptcy

Case 2:11-bk-31945-SSC    Doc 14    Filed 12/22/11    Entered 12/22/11 10:40:11    Desc
Main Document    Page 2 of 8

| In re | Carl R. Durham, Terese M. Durham | | Case No. | **2:11-bk-31945** |
|---|---|---|---|---|
| | | Debtors | | |

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Personal used clothing** | **C** | **500.00** |
| 7. | Furs and jewelry. | | **Miscellaneous costume jewelry** | **C** | **100.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Photography Equipment** | **C** | **50.00** |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Employer term life insurance - No cash surrender value** | **C** | **0.00** |
| | | | **Whole life insurance through ING Account Ending: 134 Cash Surrender Value: $19,202.00 Debtors are cross-beneficiaries Policy purchased in 2001** | **C** | **19,202.00** |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k) through Smart schools plus at the Pension Company** | **C** | **11,119.97** |
| | | | **403(b) at ING account-1351** | **C** | **3,358.34** |
| | | | **403(b) with ING account-3888** | **C** | **2,530.06** |
| | | | **403(b) with ING account-1983** | **C** | **4,469.15** |
| | | | **ASRS** | **C** | **2,184.00** |
| | | | **403(b) at ING account- 8370** | **C** | **10,464.14** |
| | | | **403(b) at ING account-8529** | **C** | **10,484.14** |

| | Sub-Total > (Total of this page) | **64,461.80** |
|---|---|---|

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

In re **Carl R. Durham,**     Case No. **2:11-bk-31945**
      **Terese M. Durham**
_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Signature Homes of Arizona, LLC**<br>**Not Active, No Assets** | **C** | **0.00** |
| | | **The Lajolla Group, LLC**<br>**Assets: 5 acres of unimproved land in Vernon, AZ**<br>**Value based on Debtors best estimate** | **C** | **4,000.00** |
| | | **Brokerage account with ING act-8527** | **C** | **327.92** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

                                                       Sub-Total >    **4,327.92**
                                                      (Total of this page)

Sheet **2** of **4** continuation sheets attached
to the Schedule of Personal Property

In re **Carl R. Durham,**           Case No. **2:11-bk-31945**
      **Terese M. Durham**
_____,
                             Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Ford F350 with 110,000 miles** <br> **Lienholder: Paid in full** <br> **Debtors intend to retain** <br> **Value based on Kelley Blue Book** <br> **Vehicle has broken windshield, and needs new fuel pump and brakes.** | **C** | **4,463.00** |
| | | **2006 Volkswagen Jetta with 108,620 miles** <br> **Lienholder:SST/JPMC** <br> **Debtors intend to retain** <br> **Value based on Kelley Blue Book in fair condition.** <br> **Needs new brakes, hail damage, new tires.** | **C** | **5,585.00** |
| | | **2007 Mitsubishi Eclipse with 52,329 miles** <br> **Lienholder: Paid in full** <br> **Debtors intend to retain** <br> **Value based on Kelley Blue Book** <br> **Vehicle has body damage. Requires mechanical repairs estimated at $2,500.** | **C** | **6,507.00** |
| | | **2008 Loan Runner (Trailer)** <br> **Lienholder: Sunhaven Financial, Inc.** <br> **Debtors intend to retain** <br> **Value based on Debtors best estimate** <br> **Damage to front of trailer** | **C** | **3,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

                                                                                   Sub-Total >     **19,555.00**
                                                                                   (Total of this page)

Sheet **3** of **4** continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re  **Carl R. Durham,**      Case No. __**2:11-bk-31945**__
      **Terese M. Durham**
                                             Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | | **Hand Tools**<br>**Drills**<br>**Saws** | C | 500.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **500.00** |
| Total > | **90,293.72** |

Sheet __4__ of __4__ continuous sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re  **Carl R. Durham,**
       **Terese M. Durham**
       _____,
                          Debtors

Case No.   **2:11-bk-31945**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

■ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Real estate located at 17251 N 61st Ave, Glendale AZ 85308<br>Mortgage 1: PNC Mortgage<br>Mortgage 2: BSI Financial<br>Debtors intend to retain<br>Value based on Zillow | Ariz. Rev. Stat. § 33-1101(A) | 150,000.00 | 176,900.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account with Desert Schools Federal Credit Union ending in 3095 | Ariz. Rev. Stat. § 33-1126A9 | 300.00 | 193.00 |
| **Household Goods and Furnishings** | | | |
| Miscellaneous used household goods, including:<br>Stove $50<br>Refrigerator $100<br>Washer $50<br>Dryer $25<br>Dinette Set with 6 chairs $25<br>Couch/Sofa $20<br>Television $50<br>Coffee Table $12<br>2 End Tables $20<br>3 Beds $150<br>3 Dressers $150<br>2 Night Stands 20<br>Lamps $40 | Ariz. Rev. Stat. § 33-1123 | 8,000.00 | 712.00 |
| **Wearing Apparel** | | | |
| Personal used clothing | Ariz. Rev. Stat. § 33-1125(1) | 1,000.00 | 500.00 |
| **Interests in Insurance Policies** | | | |
| Whole life insurance through ING<br>Account Ending: 134<br>Cash Surrender Value: $19,202.00<br>Debtors are cross-beneficiaries<br>Policy purchased in 2001 | Ariz. Rev. Stat. § 20-1131 | 19,202.00 | 19,202.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| 401(k) through Smart schools plus at the Pension Company | Ariz. Rev. Stat. § 33-1126B | 11,119.97 | 11,119.97 |
| 403(b) at ING account-1351 | Ariz. Rev. Stat. § 33-1126B | 100% | 3,358.34 |
| 403(b) with ING account-3888 | Ariz. Rev. Stat. § 33-1126B | 2,530.06 | 2,530.06 |
| 403(b) with ING account-1983 | Ariz. Rev. Stat. § 33-1126B | 4,469.15 | 4,469.15 |
| ASRS | Ariz. Rev. Stat. § 38-762 | 2,184.00 | 2,184.00 |
| 403(b) at ING account- 8370 | A.R.S. Sec. 33-1126(B) | 100% | 10,464.14 |

___**1**___ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

Case 2:11-bk-31945-SSC    Doc 14    Filed 12/22/11    Entered 12/22/11 10:40:11    Desc
Main Document    Page 7 of 8

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Carl R. Durham,**
       **Terese M. Durham**
                                                                                                    Case No.  __2:11-bk-31945__
                                                                        ,
                                                                    Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **403(b) at ING account-8529** | **A.R.S. Sec. 3-1126(B)** | **100%** | **10,484.14** |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>**2006 Ford F350 with 110,000 miles**<br>**Lienholder: Paid in full**<br>**Debtors intend to retain**<br>**Value based on Kelley Blue Book**<br>**Vehicle has broken windshield, and needs new fuel pumb and brakes.** | **Ariz. Rev. Stat. § 33-1125(8)** | **5,000.00** | **4,463.00** |
| **2007 Mitsubishi Eclipse with 52,329 miles**<br>**Lienholder: Paid in full**<br>**Debtors intend to retain**<br>**Value based on Kelley Blue Book**<br>**Vehicle has body damage. Requires mechanical repairs estimated at $2,500.** | **Ariz. Rev. Stat. § 33-1125(8)** | **5,000.00** | **6,507.00** |
| **2008 Loan Runner (Trailer)**<br>**Lienholder: Sunhaven Financial, Inc.**<br>**Debtors intend to retain**<br>**Value based on Debtors best estimate**<br>**Damage to front of trailer** | **Ariz. Rev. Stat. § 33-1130(1)** | **4,000.00** | **3,000.00** |
| **Inventory**<br>**Hand Tools**<br>**Drills**<br>**Saws** | **Ariz. Rev. Stat. § 33-1130(1)** | **500.00** | **500.00** |
| | Total: | **237,611.80** | **256,586.80** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy