B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Arizona

In re  **Carl R. Durham**
**Terese M. Durham**
_____
Debtor(s)

Case No.  **2:11-bk-31945**
Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**BSI Financial** | **Describe Property Securing Debt:**<br>**Real estate located at 17251 N 61st Ave, Glendale AZ 85308**<br>**Mortgage 1: PNC Mortgage**<br>**Mortgage 2: BSI Financial**<br>**Debtors intend to retain**<br>**Value based on Zillow** |

Property will be (check one):
  ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt        ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**PNC MORTGAGE** | **Describe Property Securing Debt:**<br>**Real estate located at 17251 N 61st Ave, Glendale AZ 85308**<br>**Mortgage 1: PNC Mortgage**<br>**Mortgage 2: BSI Financial**<br>**Debtors intend to retain**<br>**Value based on Zillow** |

Property will be (check one):
  ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt        ☐ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**SST/JPMC** | **Describe Property Securing Debt:**<br>**2006 Volkswagen Jetta with 108,620 miles**<br>**Lienholder:SST/JPMC**<br>**Debtors intend to retain**<br>**Value based on Kelley Blue Book in fair condition.  Needs new brakes, hail damage, new tires.** |

Property will be (check one):
   ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
   ■ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt        ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Sunhaven Financial** | **Describe Property Securing Debt:**<br>**2008 Loan Runner (Trailer)**<br>**Lienholder: Sunhaven Financial, Inc.**<br>**Debtors intend to retain**<br>**Value based on Debtors best estimate**<br>**Damage to front of trailer** |

Property will be (check one):
   ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt        ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **December 22, 2011**     Signature **/s/ Carl R. Durham**
                                                                                **Carl R. Durham**
                                                                                Debtor

Date **December 22, 2011**     Signature **/s/ Terese M. Durham**
                                                                                **Terese M. Durham**
                                                                                Joint Debtor