In re    **Carl R. Durham,**                                                Case No.   **2:11-bk-31945**
        **Terese M. Durham**
                                                              ,
                                                           Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business Checking account with Compass Bank ending in 4321** | **C** | **49.00** |
| | | **Checking account with Desert Schools Federal Credit Union ending in 3095** | **C** | **193.00** |
| | | **Savings account with Desert Schools Federal Credit Union ending in 2303** | **C** | **25.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous used household goods, including:** **Stove $50** **Refrigerator $100** **Washer $50** **Dryer $25** **Dinette Set with 6 chairs $25** **Couch/Sofa $20** **Television $50** **Coffee Table $12** **2 End Tables $20** **3 Beds $150** **3 Dressers $150** **2 Night Stands 20** **Lamps $40** | **C** | **712.00** |
| | | **Unexempt miscellaneous household goods and furnishings** **Microwave $20.00** **Stereo $10** **Entertainment center $90** **VCR $20** **DVD player $20** **Computer $200** **Printer $60** **Desk and chair $50** | **C** | **470.00** |
| | | | Sub-Total > (Total of this page) | **1,449.00** |

  **4**   continuation sheets attached to the Schedule of Personal Property

In re    **Carl R. Durham,**                                                 Case No.   **2:11-bk-31945**
        **Terese M. Durham**
                                                          Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Personal used clothing** | **C** | **500.00** |
| 7. Furs and jewelry. | | **Miscellaneous costume jewelry** | **C** | **100.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Photography Equipment** | **C** | **50.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Employer term life insurance - No cash surrender value** | **C** | **0.00** |
| | | **Whole life insurance through ING Account Ending: 134 Cash Surrender Value: $19,202.00 Debtors are cross-beneficiaries Policy purchased in 2001** | **C** | **19,202.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k) through Smart schools plus at the Pension Company** | **C** | **11,119.97** |
| | | **403(b) at ING account-1351** | **C** | **3,358.34** |
| | | **403(b) with ING account-3888** | **C** | **2,530.06** |
| | | **403(b) with ING account-1983** | **C** | **4,469.15** |
| | | **ASRS** | **C** | **2,184.00** |
| | | **403(b) at ING account- 8370** | **C** | **10,464.14** |
| | | **403(b) at ING account-8529** | **C** | **10,484.14** |

                                                                           Sub-Total >    **64,461.80**
                                                                           (Total of this page)

Sheet   **1**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

In re   **Carl R. Durham,**                                                    Case No.  **2:11-bk-31945**
       **Terese M. Durham,**
                                                      Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Signature Homes of Arizona, LLC** <br> **Not Active, No Assets** | C | 0.00 |
| | | **The Lajolla Group, LLC** <br> **Assets: 5 acres of unimproved land in Vernon, AZ** <br> **Value based on Debtors best estimate** | C | 4,000.00 |
| | | **Brokerage account with ING act-8527** | C | 327.92 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

                                                                                         Sub-Total >    **4,327.92**
                                                                                        (Total of this page)

Sheet  **2**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Carl R. Durham,** Case No. **2:11-bk-31945**
**Terese M. Durham**,
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Ford E350 with 110,000 miles**<br>**Lienholder: Paid in full**<br>**Debtors intend to retain**<br>**Value based on Kelley Blue Book**<br>**Vehicle has broken windshield, and needs new fuel pump and brakes.** | **C** | **4,463.00** |
| | | **2006 Volkswagen Jetta with 108,620 miles**<br>**Lienholder:SST/JPMC**<br>**Debtors intend to retain**<br>**Value based on Kelley Blue Book in fair condition.**<br>**Needs new brakes, hail damage, new tires.** | **C** | **5,585.00** |
| | | **2007 Mitsubishi Eclipse with 52,329 miles**<br>**Lienholder: Paid in full**<br>**Debtors intend to retain**<br>**Value based on Kelley Blue Book**<br>**Vehicle has body damage. Requires mechanical repairs estimated at $2,500.** | **C** | **6,507.00** |
| | | **2008 Loan Runner (Trailer)**<br>**Lienholder: Sunhaven Financial, Inc.**<br>**Debtors intend to retain**<br>**Value based on Debtors best estimate**<br>**Damage to front of trailer** | **C** | **3,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total > **19,555.00**
(Total of this page)

Sheet **3** of **4** continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re  **Carl R. Durham,**  
      **Terese M. Durham**,  
      Debtors

Case No. **2:11-bk-31945**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | | **Hand Tools**<br>**Drills**<br>**Saws** | C | 500.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **500.00** |
| Total > | **90,293.72** |

Sheet **4** of **4** continuation sheets attached  
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

In re    **Carl R. Durham,**                                              Case No.   **2:11-bk-31945**
           **Terese M. Durham**
                                                                       Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

■ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Real estate located at 17251 N 61st Ave, Glendale AZ 85308<br>Mortgage 1: PNC Mortgage<br>Mortgage 2: BSI Financial<br>Debtors intend to retain<br>Value based on Zillow | Ariz. Rev. Stat. § 33-1101(A) | 150,000.00 | 176,900.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account with Desert Schools Federal Credit Union ending in 3095 | Ariz. Rev. Stat. § 33-1126A9 | 300.00 | 193.00 |
| **Household Goods and Furnishings** | | | |
| Miscellaneous used household goods, including:<br>Stove $50<br>Refrigerator $100<br>Washer $50<br>Dryer $25<br>Dinette Set with 6 chairs $25<br>Couch/Sofa $20<br>Television $50<br>Coffee Table $12<br>2 End Tables $20<br>3 Beds $150<br>3 Dressers $150<br>2 Night Stands 20<br>Lamps $40 | Ariz. Rev. Stat. § 33-1123 | 8,000.00 | 712.00 |
| **Wearing Apparel** | | | |
| Personal used clothing | Ariz. Rev. Stat. § 33-1125(1) | 1,000.00 | 500.00 |
| **Interests in Insurance Policies** | | | |
| Whole life insurance through ING<br>Account Ending: 134<br>Cash Surrender Value: $19,202.00<br>Debtors are cross-beneficiaries<br>Policy purchased in 2001 | Ariz. Rev. Stat. § 20-1131 | 19,202.00 | 19,202.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| 401(k) through Smart schools plus at the Pension Company | Ariz. Rev. Stat. § 33-1126B | 11,119.97 | 11,119.97 |
| 403(b) at ING account-1351 | Ariz. Rev. Stat. § 33-1126B | 100% | 3,358.34 |
| 403(b) with ING account-3888 | Ariz. Rev. Stat. § 33-1126B | 2,530.06 | 2,530.06 |
| 403(b) with ING account-1983 | Ariz. Rev. Stat. § 33-1126B | 4,469.15 | 4,469.15 |
| ASRS | Ariz. Rev. Stat. § 38-762 | 2,184.00 | 2,184.00 |
| 403(b) at ING account- 8370 | A.R.S. Sec. 33-1126(B) | 100% | 10,464.14 |

  **1**   continuation sheets attached to Schedule of Property Claimed as Exempt

In re **Carl R. Durham,**
      **Terese M. Durham** Case No. **2:11-bk-31945**
,
Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 403(b) at ING account-8529 | A.R.S. Sec. 3-1126(B) | 100% | 10,484.14 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> 2006 Ford E350 with 110,000 miles <br> Lienholder: Paid in full <br> Debtors intend to retain <br> Value based on Kelley Blue Book <br> Vehicle has broken windshield, and needs new fuel pumb and brakes. | Ariz. Rev. Stat. § 33-1125(8) | 5,000.00 | 4,463.00 |
| 2007 Mitsubishi Eclipse with 52,329 miles <br> Lienholder: Paid in full <br> Debtors intend to retain <br> Value based on Kelley Blue Book <br> Vehicle has body damage. Requires mechanical repairs estimated at $2,500. | Ariz. Rev. Stat. § 33-1125(8) | 5,000.00 | 6,507.00 |
| 2008 Loan Runner (Trailer) <br> Lienholder: Sunhaven Financial, Inc. <br> Debtors intend to retain <br> Value based on Debtors best estimate <br> Damage to front of trailer | Ariz. Rev. Stat. § 33-1130(1) | 4,000.00 | 3,000.00 |
| **Inventory** <br> Hand Tools <br> Drills <br> Saws | Ariz. Rev. Stat. § 33-1130(1) | 500.00 | 500.00 |

Total: **237,611.80** **256,586.80**